UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDY AROCHA,
    Plaintiff,

v.

TRENT ALLEN, et al.,
    Defendants.

Case No. 23-cv-00293-RS (PR)

**ORDER GRANTING LEAVE TO FILE AN AMENDED COMPLAINT;**

**ORDER DENYING MOTION FOR A PROTECTIVE ORDER**

Plaintiff's motion for leave to file an amended complaint is GRANTED. (Dkt. No. 12.) Accordingly, the original complaint is DISMISSED with leave to file an amended complaint on or before **May 8, 2023**. Failure to file an amended complaint by May 8, 2023 will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The amended complaint must appear on this Court's form.

Plaintiff's motion for a protective order allowing multiple plaintiffs to proceed under fictitious names is DENIED. (Dkt. No. 3.) Allowing more than one pro se plaintiff to proceed in one civil rights action presents many complications and hinders proper litigation. The Clerk shall terminate Dkt. Nos. 3 and 12.

**IT IS SO ORDERED.**

**Dated:** March 29, 2023

                                      RICHARD SEEBORG
                                      Chief United States District Judge